```
ORDER - Minute Entry, Transferring Cs to T/Dist Crt of Guam

8/5/98 1    COMPLAINT filed Summons(es) Issued referred to Discovery Ralph
Zarefsky (bg) [Entry date 08/10/98] [2:98cv6344]

8/26/98 2 ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 224 (Related Case)
filed. [ Related Case no.: CV97-7023 HLH (RCx)] Case transferred from Judge
A. A. Hauk to Judge Harry L. Hupp
for all further proceedings. The case number will now reflect the initials of
the transferee Judge [ CV98-6344 HLH (RCx)] ., Case referred from Discovery
Ralph Zarefsky to Discovery Rosalyn M. Chapman . (cc: all counsel) (jc)
[Entry date 08/26/98] [2:98cv6344]

9/8/98 4 SUPPLEMENTL ORDER CONSOLIDATION by Judge Harry L. Hupp Case
consolidated CV 97-7023 w/ member cases MDL 98-1237; CV 98-6278; CV 98-6299;
CV 98-6300; CV 98-6308; CV 98-6311; CV 98-6319; CV 98-6336; CV 98-6337; CV
98-6339; CV 98-6341; CV 98-6343; CV 98-6344; CV 98-6345; CV 98-6365; CV
98-6805: & CV 98-6806. (et) [Entry date 10/30/98] [2:98cv6344]

10/2/98 3 WAIVER OF SERVICE of SUMMONS by defendant Serco Management Svc sent
by plf on 8/24/98 accepted on 8/26/98 by R M Kern, atty for dft. (1k) [Entry
date 10/05/98] [2:98cv6344]

10/23/98 5 ANSWER filed by defendant Serco Management Svc, defendant Serco
Group Inc, defendant Serco Inc. defendant Serco Group Plc, defendant Barton
Atc Int'l Inc, defendant Barton ATC Inc to complaint [1-1] ; jury demand (et)
[Entry date 10/30/98] [2:98cv6344]

11/2/98 6 ANSWER filed by defendant USA to complaint [1-1] (related to MDL
1237) (lori) [Entry date 11/05/98] [2:98cv6344]

3/22/99 7 STIPULATION filed by USA for leave for USA to file 3rd pty cmps
(Relates to MDL1237, 98-6466; 98-6334; 98-6336;
98-6337; 98-6343;98-6345; 98-6345; 98-6338; 98-6342; 98-6339; 98-6465;
98-6341; 98-6463) (shb) [Entry date 03/24/99] [2:98cv6344]

3/26/99 8 ORDER by Judge Harry L. Hupp that the USA is granted leave to file
3rd pty cmp in case It's: MDL 1237, cv 98-6466;
98-6336; 98-6344; 98-6337; 98-6343; 98-6345; 98-6338; 98-6342; 98-6339;
98-6465; 98-6341; 98-6463) (shb) [Entry date 04/08/99] [2:98cv6344]

3/30/99 9 THIRD-PARTY COMPLAINT: by defendant USA; adding Korean Air Lines
Co; Summons not issued (Relates to MDL 1237, cv 98-6334; 98-6336; 98-6337;
98-6343; 98-6345; 98-6338; 98-6342; 98-6339; 98-6465; 98-6341; 98-6463) (shb)
[Entry date 04/08/99] [2:98cv6344]

4/22/99 10 NOTICE OF CHANGE Of Address filed by Korean Air Lines re Condon &
Forsyth (RE MDL 1237) (shb) [Entry date 04/23/99] [2: 98cv6344]


5/4/99 11 WAIVER OF SERVICE of SUMMONS by third-party defendant Korean Air
Lines Co sent by pTF on 4/14/99 [Relates to MDL #1237) (et) [Entry date
05/05/99] [2:98cv6344]

6/10/99 12 ANSWER TO THIRD PARTY COMPLAINT [9-1] by third-party defendant
Korean Air Lines Co (Relates to MDL 1237, cv 98-6466; 98-6334; 98-~633E;
98-6337; 98-6343; 98-6338; 98-6342; 98-6339; 98-6465; 98-6341; 98-6463) (shb)
[Entry date 06/15/99] [2:98cv6344]

6/10/99 12 COUKTERCLAIM by third-party defendant Korean Air Lines Co against
```

third-party plaintiff UsAcntdft Serco Management; (Relates to MD1 1237, cv 98-6466; 98-6334; 98-6336; 98-6344;  98-6337; 98-6343; 98-6345; 98-6338; 98-6342; 98-6339;
98-6465; 98-6341; 98-6463) (shb) [Entry date 06/15/99] [Edit date 07/08/99] [2:98cv6344]

7/8/99 13 ANSWER TO cross claim incorrectly labeled COUNTERCLAIM of Korean Air Lines Cc [12-1] by counter-defendant Serco Management (Relates to MDL 1237, cv 98-~646G; 98-6334; 98-6336; 98-6344; 98-6337; 98-6343; 98-6345; 98-6338; 98-6342; 98-6339; 98-6465; 98-6341; 98-6463) (shb) [Entry date 07/09/99] [2:98cv6344]

7/8/99 13 COUNTERCLAIM by counter-defendant Serco Management against counter-claimant Korean Air Lines Co ; summons not issued (Relates to MDL 1237, cv 98-6466; 98-6334; 98-6336; 98-6344;  98-6337; 98-6343; 98-6345; 98-6338; 98-6342; 98-6339; 98-6465; 98-~341; 98-64E3) (shb) [Entry date 07/09/99]
[2 :98cv6344]

7/15/99 14 ANSWER TO COUNTERCLAIM of Serco Management [13-1] by counter-defendant Korean Air Lines Co (Relates to MDL 1237, cv 98-6466; 98-6334; 98-6336; 98-6344; 98-~6337; 98-6343;
98-6345; 98-6338; 98-=6342; 98-6339; 98-6465; 98-6341; 98-6463) (shb) [Entry date 07/19/99] [2:98cv6344]

8/4/99 15 STIPULATION and ORDER by Judge Harry L. Hupp for leave to file first amd cmp (Relates to Mid 1237) (shb) [Entry date 08/12/99] [2:98cv6344]

8/4/99 16 FIRST AMENDED COMPLAINT [1-1] by plaintiff Soon Hee Jung, plaintiff Eun Hee Hong; adding Korean Air Lines Co; jury demand. Summons not issued (Relates to MDL 1237) (shb)
[Entry date 08/12/99] [2:98cv6344]

8/12/99  SUMMONS issued as to defendant Korean Air Lines Co on first amd cmp (Relates to MDL 12 37) (shb) [Entry date 08/12/99] [2: 98cv6344]

8/18/99 17 ANSWER TO COUNTERCLAIM [12-1] by counter-defendant USA (Relates to MDL 1237) (shb) [Entry date 08/19/99] [2: 98cv6344]

10/1/99 18 ANSWER filed by defendant USA to FIRST amended complaint [16-1] (Related to MDL 1237) (pbap) [Entry date 10/07/99] [2: 98cv6344]

10/1/99 19 STIPULATION and ORDER by Judge Harry L. Hupp tht the ti of dft USA to ans Plf's 1st A/C be extd to and includ 10/1/99
for the following cmps Cv 98-6466 (AHN) , CV 98-6334 (CHOI), CV 98-6343 (JUNG) , CV 98-6345 (KANG) , CV 98-6338 (LEE, JONG), CV 98-6342 (LEE, GOUN), CV 98-6339 (LEE, HAN), CV 98-6465 (PARK) , CV 98-6341 (SEO) , and CV 98-6463 (YOON) (pbap) [Entry date 10/20/991 [2:98cv6344]

1/21/00 20 ANSWER filed by defendant Korean Air Lines Co to 1st amended complaint [16-1] (pbap) [Entry date 02/01/00]
[2: 98cv6344]

5/31/00 22 NOTICE OF MOTION AND MOTION by defendant USA to dismiss  Cases improperly fid in the USDC, Cent Dist of CA or, in
the alt, to transfer cases to the USDC, Dist of Guam; motion hearing set for 9:30 6/21/00 (relates to MDL NO 1237) (yl) [Entry date 06/21/001 [2:98cv6344]

6/7/00 21 OPPOSITION by plaintiff Soon Hee Jung to USA'S mot to dism or in

```
the alt to transfer case to District of Guam (shb)
[Entry date 06/09/00] [2:98cv6344]

6/14/00 23 REPLY by defendant USA in suppt of it's motion to dismiss cases
improperly fld in the USDC, Cent Dist of CA [22-1]
motion to transfer cases to the USDC, Dist of Guam [22-2]
(related to MDL NO.1237) (yl) [Entry date 06/21/00] [2: 98cv6344]

7/3/00 24 ERRATA sheet to Dft USA's reply memo in supprt of motion to dismiss
cases improperly fld in the USDC, Cent Dist of
CA [22-1 , motion to transfer cases to the USDC, Dist of
Guam [22-2] (pbap) [Entry date 07/05/001 [2:98cv6344]

7/31/00 25 DECLARATION of Brian J. Alexander by plaintiff Steering Committee
(pbap) [Entry date 08/01/00] [2:98cv6344]

7/31/00 26 SURREPLY by plaintiff Steering Committee in Opp re [22-1] re
[22-2] (pbap) [Entry date 08/03/00] [2:98cv6344]

8/2/00 31 TNTERVENOR'S COMPLAINT by intervenor Korean Labor Welfare,
intervenor Korean Labor Welfare ; summons not issued (Relates to MDL 1237)
(shb) [Entry date 09/11/00]
[2: 98cv6344]

8/7/00 27 NOTICE of Lien by intervenor plaintiff Korean Labor Welfare Corp
(re: MDL 1237) (pbap) [Entry date 08/09/00]
[2: 98cv6344]

8/7/00 28 RESPONSE by defendant USA to plf s' Surreply in Opp to motion to
dismiss cases improperly fld in the USDC, Cent
Dist of CA [22-1], to motion to transfer cases to the USDC,
Dist of Guam [22-2] . (re: MDL 1237) (pbap) [Entry date 08/10/00]
[2:98cv6344]

8/10/00 29 NOTICE OF MOTION AND MOTION by plaintiff Steering
Committee re choice of law on the issue of damages agnst dfts US, Serco and
KAL ; motion hearing set for 10:00 8/28/00
Lodged ord (pbap) [Entry date 08/11/00] [2:98cv6344]

8/10/00 30 MEMORANDUM IN SUPPORT by plaintiff Steering Committee of motion re
choice of law on the issue of damages agnst dfts US, Serco and KAL [29-1]
(pbap) [Entry date 08/11/00]
[2 :98cv6344]

9/1/00 32 Forst AIAENDED COMPLAINT IN INTERVENTION for statutory and
equitable subrogation for damages [31-1] by intervenor Korean Labor Welfare
in 2:98-cv-06344; adding Korean Labor Welfare to case(s) 2:98-cv-06344, .
Summons not issued
(Relates to MDL 1237) (shb) [Entry date 09/11/00] [2: 98cv6344]

9/21/00 33 ANSWER filed by defendant Serco Management Svc to amended
complaint [32-1]; jury demand (re: MDL 1237) (pbap)
[Entry date 09/25/00] [2:98cv6344]

9/26/00 34 ANSWER filed by defendant USA to 1st amended complaint for
statutory & equitable subrogation for damages [32-1] (mrgo) [Entry date
10/03/00] [2:98cv6344]

3/7/01 35 MEMO OF CONTENTIONS OF FACT and LAW by defendant Korean  Air Lines
Co (MDL No 1237) (dw) [Entry date 03/08/01] [2: 98cv6344]

3/7/01 36 WITNESS list submitted by defendant Korean Air Lines Co (MDL No
```

1237) (dw) [Entry date 03/08/01] [2:98cv6344]

3/9/01 37 ORDER by Judge Harry L. Hupp tht plfs shl hv an ext until 3/12/01 to fi their jnt exh 1st, wit 1st, and memo of
contentions of fact and law. This ext shl in no way affect other pretrial subm dates. (pbap) [Entry date 03/13/01] [2: 98cv6344]

3/12/01 38 Jnt exh 1st. (re: MDL 1237) (pbap) [Entry date 03/13/01] [2: 98cv6344]

3/12/01 39 MEMO OF CONTENTIONS OF FACT and LAW by plaintiffs (re: MDL1237) (pbap) [Entry date 03/15/01] [2:98cv6344]

3/12/01 40 WITNESS list submitted by plaintiff (re: MDL 1237) (pbap) [Entry date 03/15/01] [2:98cv6344]

3/12/01 44 Jnt exh list submitted by Defendants (MDL 1237) (pbap) [Entry date 04/05/01] [2:98cv6344]

3/19/01 41 OPPOSITION by plaintiff to Korean Air lInes Co., Ltd's response (raised in connection with United States' motion to str plf's expert wits) (pbap) [Entry date 03/20/01] [2: 98cv6344]

3/22/01 42 NOTICE OF MOTION AND MOTION by defendant Korean Air Lines Co in limine to exclude all liability evid or evid relating to conduct of dfts at dm trials (dw) [Entry date 03/26/01] [2:98cv6344]

3/28/01 43 MINUTES: by Judge Harry L. Hupp ; pretrial conference on 1:30 4/9/01; The revised PTC order shall contain the following elements (see mins) CR: Cynthia L. Mizell (yc) [Entry date 04/04/01] [2:98cv6344]

4/4/01 45 STIPULATION and ORDER by Judge Harry L. Hupp that Plfs & dft Korean Air Lines Co Ltd shall have until 4/11/01 to
file joint P/T Ord & amd exh list; The pretrial conference is cont to 1:30 4/18/01 (dw) [Entry date 04/11/01] [2:98cv6344]

4/4/01 46 MINUTES: ORDER RE PRE-TRIAL CONFERENCE ORDERS Liability issues are already preserved by having been raised and
rejected previously. In the alternative, Plaintiffs' counsel may preserve this issue by reiterating in the new pre-trial conference orders their objection to the Court's ruling precluding liability issues. by Judge Harry L. Hupp CR: Cynthia Mizell (Relates to MDL 1237, 98-6334, 98-6337, 98-6343, 98-6345, 98-6338, 98-6341) (shb) [Entry date 04/12/01] [2:98cv6344]

4/5/01 47 MINUTES: Crisl for the following cases: 98-6334; 98-4500; 98-6345; 98-6344; 98-6343; 98-6342; 98-6341; 98-6337;
98-6388; 98-6316; 98-6806; 98-5450; 98-6369; 98-2243; 98-6389; 99-13513; 99-7226; 99-13527; 99-13508; 98-6387 are advised of the PTC set for 4/18/01 at 1:30 p.m. If you have any questions concerning this minute order, please contact the court clerk at (213) 894-5216 by Judge Harry L. Hupp CR: not present (pbap) [Entry date 04/16/01] [2: 98cv6344]

4/11/01 LODGED PTC ord (re: Young Mi Hong) (FWD TO CRD) (pbap) [Entry date 04/17/01] [2:98cv6344]

4/11/01 48 FIRST AND WITNESS list submitted by plaintiff (re: Young Mi Hong) (pbap) [Entry date 04/18/01] [2:98cv6344]

4/11/01 49 JNT EXHIBIT list (re: Young Mi Hong) (pbap) [Entry date 04/18/011 [2:98cv6344]

4/12/01 50 FIRST AND WITNESS list submitted by defendant Korean Air Lines Co

(re: Hong, Eun Hee) (pbap) [Entry date 04/19/01] [2: 98cv6344]

4/18/01 51 MINUTES: ; pretrial conference held and Contd to 10:00 5/30/01 by Judge Harry L. Hupp CR: Carmen Reyes (pbap) [Entry date 04/24/01] [2:98cv6344]

4/18/01 52 MINUTES: PTC ORDER. All OSCs are vacated by Judge Harry L. Hupp CR: Cynthia L. Mizell **see MO for detailed info**
(pbap) [Entry date 04/24/01] [2:98cv6344]

4/20/01 53 WITNESS list submitted by intervenor Korean Labor Welfare (pbap) [Entry date 04/25/01] [2:98cv6344]

4/20/01 54 EXHIBIT list by intervenor Korean Labor Welfare (pbap) [Entry date 04/25/01] [2:98cv6344]

4/27/01 55 NOTICE OF MOTION AND MOTION by intervenor Korean Labor Welfare for protective order re plfs' depo ntc of Rim Hwa
Young ; motion hearing set for 9:00 5/23/01 (pbap) [Entry date 05/03/01] [2:98cv6344]

4/27/01 56 DECLARATION of Robert L Wallan by intervenor Korean Labor Welfare in suppt of motion for protective order re plfs' depo ntc of Rim Hwa Young [55-1] (dhl) [Entry date 05/03/01]
[2 :98cv6344]

4/27/01 57 PROOF OF SERVICE by intervenor Korean Labor Welfare on 4/27/01 of ntc of mot & mot for protective ord, decl in
suppt; svd by fax on Frank G Fleming, Brian J Alexander &
svd by mail on attached svc list. (dhl) [Entry date 05/03/01] [2:98cv6344]

5/2/01 58 NOTICE OF MOTION AND MOTION by defendant USA to dismiss KLWC's claims for lack of subject matter jurisdiction
motion hearing set for 10:00 5/30/01 (dhl) [Entry date 05/03/01] [2:98cv6344]

5/2/01 59 NOTICE OF MOTION AND MOTION by intervenor Korean Labor Welfare re: subrogation ; motion hearing set for 10:00
5/30/01 (dhl) [Entry date 05/04/01] [2:98cv6344]

5/2/01 60 DECLARATION of Rebecca N Kaufman by intervenor Korean Labor Welfare in suppt of motion re: subrogation [59-1] (dhl) [Entry date 05/04/01] [2:98cv6344]

5/2/01 61 DECLARATION of Jin Su Yune by intervenor Korean Labor Welfare in suppt of motion re: subrogation [59-1] (dhl)
[Entry date 05/04/01] [2:98cv6344]

5/2/01 62 DECLARATION of fiwa Young Lim by intervenor Korean Labor Welfare in suppt of motion re: subrogation [59-1] (dhl) [Entry date 05/04/01] [2:98cv6344]

5/2/01 63 PROOF OF SERVICE by intervenor Korean Labor Welfare on 5/2/01 of mot re: subrogation, decl of Hwa Young Lim, decl of Jin Su Yune, decl of Rebecca N Kaufman & proof of svc;
svd on attached svc list by mail. (dhl) [Entry date 05/04/01] [2:98cv6344]

5/2/01 64 BRIEF FILED by defendant Korean Air Lines Co re KLWC claims(dhl) [Entry date 05/04/01] [2:98cv6344]

5/2/01 65 DECLARATION of Jennifer J Johnston by defendant Korean Air Lines Co in suppt of brief [64-1] (dhl)
[Entry date 05/04/01] [2:98cv6344]

5/2/01 66 DECLARATION of Eun Young Jung by defendant Korean Air Lines Co in suppt of brief [64-1] (dhl) [Entry date 05/04/01] [2:98cv6344]

5/2/01 67 NOTICE OF MOTION AND MOTION by plaintiffs for summary judgment ; motion hearing set for 10:00 5/30/01 (dhl)
[Entry date 05/04/01] [2:98cv6344]

5/2/01 68 MEMORANDUM IN SUPPORT by plaintiffs of motion for summary judgment [67-1] (dhl) [Entry date 05/04/01] [2:98cv6344]

5/2/01 69 DECLARATION of Francis G Fleming by plaintiffs in suppt of motion for summary judgment [67-1] (dhl) [Entry date 05/04/01] [2:98cv6344]

5/3/01 70 MINUTES: vacating hearing re motion for protective order re plfs' depo ntc of Rim Hwa Young [55-1], and will not be
considered, dut to plf-in-interventions's failure to file a jnt stip, as required by Local Rules by Magistrate Judge Rosalyn M. Chapman CR: none
(pbap) [Entry date 05/07/01] [2: 98cv6344]

5/4/01 71 NOTICE OF DISCREPANCY AND ORDER by Judge Harry L. Hupp plfs (1) ntc ov mot & mot for Summ Jgm; (2) mem of P&A; (3) decl of Fleming; (4) stmt of uncontr facts rcd on 5/2/01
are to be filed and processed. (pbap) [Entry date 05/11/01]
[2: 98cv6344]

5/16/01 72 OPPOSITION by defendant Korean Air Lines Co to motion re: subrogation [59-1] (dhl) [Entry date 05/17/01]
[2: 98cv6344]

5/16/01 73 DECLARATION of Jennifer J Johnston by defendant Korean Air Lines Co in suppt of opp to motion re: subrogation [59-1] (dhl) [Entry date 05/17/01] [2:98cv6344]

5/16/01 74 OPPOSITION by plaintiffs to motion re: subrogation [59-1] (dhl) [Entry date 05/17/01] [2:98cv6344]

5/16/01 75 OPPOSITION by intervenor Korean Labor Welfare to motion  to dismiss KLWC's claims for lack of subject matter
jurisdiction [58-1] (dhl) [Entry date 05/17/01] [2: 98cv6344]

5/16/01 76 DECLARATION of Jin Su Yune by intervenor Korean Labor Welfare in suppt of KLWC's opp to plfs' & dfts' briefs re:
subrogation [59-1] (dhl) [Entry date 05/17/01] [2: 98cv6344]

5/16/01 77 Suppl DECLARATION of Hwa Young Lim by intervenor Korean Labor Welfare in suppt of KLWC's opp to dfts' & plfs'
briefs re: subrogation [59-1] (dhl) [Entry date 05/17/01]
[2: 98cv6344]

5/16/01 78 RESPONSE by intervenor Korean Labor Welfare to KAL's brief re: KLWC's subrogation claims [59-1] (dhl)
[Entry date 05/17/01] [2:98cv6344]

5/16/01 79 OBJECTIONS filed by intervenor Korean Labor Welfare to decl of Eun Young Jun fld in suppt of KAL's brief re: KLWC's
subrogation claims [59-1] (dhl) [Entry date 05/17/01] [2: 98cv6344]

5/16/01 80 OPPOSITION by intervenor Korean Labor Welfare to motion for summary judgment [67-1] (dhl) [Entry date 05/17/01]
[2: 98cv6344]

5/16/0 1 81 STATEMENT of genuine issues by intervenor Korean Labor Welfare in suppt of its opp to motion for summary judgment [67-1] (dhl) [Entry date 05/17/01] [2:98cv6344]

5/16/01 82 PROOF OF SERVICE by intervenor Korean Labor Welfare on 5/16/01 of Opp to mot to dism re: subrogation, Resp to KAL's brief re: subrogation claims, Opp to plfs' mot for
summary judgment, and related documents svd on attached svc
list by fax. (dhl) [Entry date 05/17/01] [2:98cv6344]

5/16/01 83 Memorandum in OPPOSITION by defendant USA to KLWC's motion re: subrogation [59-1]; Declarationof Mark A Tomicich and attachment (Relates to cv 98-6316, 98-6334; 98-6337;
98-6338; 98-6341; 98-6342; 98-6343; 98-6345; 98-6388; MDL 1237) (shb) [Entry date 05/21/01] [2:98cv6344]

5/23/01 84 REPLY brief by intervenor Korean Labor Welfare to plfs' opp to motion re: subrogation [59-1] (dhl) [Entry date 05/25/01] [2: 98cv6344]

5/23/01 85 PROOF OF SERVICE by intervenor Korean Labor Welfare on 5/23/01 of KLWC's reply briefs to oppositions to KLWC's motions re: subrogation; svd on attached svc list by
overnight courier (dhl) [Entry date OS/2S/01] [2: 98cv6344]

5/23/01 87 REPLY by defendant Korean Air Lines Co to response to motion to dismiss KLWC's claims for lack of subject matter
jurisdiction [58-l] [Relates to MDL 1237] (et) [Entry date 05/31/01] [2:98cv6344]

5/23/01 88 REPLY by intervenor Korean Labor Welfare to KAL's
opposition to KLWC's motion re: subrogation [59-1] [Relates
to MDL 1237] (et) [Entry date 05/31/01] [2:98cv6344]

5/23/01 89 DECLARATION of Rebecca N. Kaufman by intervenor Korean Labor Welfare reply brief brief re motion re: subrogation
[59-1] [Relates to MDL 1237] (et) [Entry date 05/31/01] [2: 98cv6344]

5/23/01 90 REPLY by intervenor Korean Labor Welfare Corporation to he United States' opp to KLWC's motion re: subrogation [59-1] (gk) [Entry date 05/31/01] [2:98cv6344]

5/23/01 91 REPLY BRIEF by defendant USA to motion to dismiss KLWC's claims for lack of subject matter jurisdiction (et)
[Entry date 06/01/01] [2:98cv6344]

5/23/01 92 MINUTES by Judge Harry L. Hupp: Crt is informed all mots set for 5/30/01 are settled, therefore, ; pretrial
conference off calendar, taking motion to dismiss KLWC's
claims for lack of subject matter jurisdiction [58-1] off
calendar, taking motion for summary judgment [67-1] off
calendar, taking motion re: subrogation [59-1] off calendar. CR: n/a. (gk)
[Entry date 06/06/01] [2: 98cv6344]

5/25/01 86 NOTICE OF FILING OF DECLARATION of Jungil Lee, Esq. by plaintiff(s) re opp to KLWC's motion re: subrogation [59-1]
(et) [Entry date 05/31/01] [2:98cv6344]

6/6/01 93 PRE-TRIAL CONFERENCE ORDER approved by Judge Harry L. Hupp (re: CV 98-6344-HLH(RCx), ( Young Mi Hong) re: MDL 1237 **see ord for info** (pbap)
[Entry date 06/13/01] [2: 98cv6344]

6/6/01 94 MINUTES: ORD that the following cases are ransferred to the

District of Guam upon the filing of the pretrial conference order and the
filing of this minute order: CV98-6334, CV 98-6337, CV 98-6338, CV 98-6341,
CV 98-6342, CV98-6343, CV 98-6344, CV 98-6345. Upon completion of transfer,
counsel may expect a notice from Judge Unpingco in Guam (as to the Guam
cases) and the judge assigned in this district (as to the retained crew case)
setting up a status conference to set trial dates and other matters. Any
further procedural matters as to the Guam cases and the damage aspects of the
retained crew case (motions,
stipulations, applications, etc.) should be set before the
judge to whom the case is or will be assigned and not to
this court.Case transferred to Dist of: Guam by Judge
Harry L. Hupp CR: Cynthia L. Mizell. (ENT 6/13/01) MD JS
6 mld cpys & ntc (pbap) [Entry date 06/13/01]
[2: 98cv6344]

6/18/01  TRANSMITTAL of documents orig file, cc docket and ord to the
District of Guam. (pbap) [Entry date 06/18/01]
[Edit date 06/18/01] [2:98cv6344]
;    [RSN EOD 06/25/2001]